IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIM. ACT. NO. 1:8-cr-138-TFM-B |
| | ) | |
| JAMAL RASHEED PARKER, | ) | |

## ORDER

Pending before the Court is the *pro se Motion to Remove Counsel* (Doc. 80). In the *pro se Motion to Remove Counsel* (Doc. 80), defendant Parker seeks jail credits along with the removal of counsel. Insofar as defendant Parker seeks jail credits, the *pro se Motion to Remove Counsel* (Doc. 80) is **DENIED**. Whether defendant Parker should receive credit for any portion of incarceration is a matter for the Bureau of Prisons to decide. If defendant Parker disagrees with a determination by the Bureau of Prisons, his avenue to appeal is found at 28 U.S.C. § 2241. *United States v. Nyhius*, 211 F. 3d 1340, 1345 (11th Cir. 2000). A petition pursuant to 28 U.S.C § 2241 must be filed in the judicial district wherein defendant Parker is confined. *Fernandez v. United States*, 941 F. 2d 1488, 1495 (11th Cir. 1991). To the extent defendant Parker seeks the removal of counsel, the *pro se Motion to Remove Counsel* (Doc. 80) is **GRANTED**.

**DONE** and **ORDERED** this 7th day of February, 2022.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE